**Michael WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59961.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART JJ.

### *ORDER*

PER CURIAM.

In this Rule 24.035 case, Appellant pled guilty to a ten-count indictment involving a robbery and sexual assault. The motion court granted partial relief as to several counts. Appellant's appeal resulted in a remand for the sole purpose of an evidentiary hearing as to whether the pleas to the remaining counts were voluntary and knowing. Following the evidentiary hearing, the court found the pleas as to the remaining counts to be voluntary and knowing. Affirmed. Rule 84.16(b).

**Vickie L. (Badgett) FARLEY, Respondent,**

v.

**Cecil F. BADGETT, Appellant.**

**No. WD 60566.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2002.

Lawrence E. Kinnamon, Jr., St. Joseph, MO, for appellant.

Bruce D. Enlow, St. Joseph, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Cecil F. Badgett appeals from the trial court's judgment denying his motion to modify primary custody and granting Ms. Vickie L. Farley's motion to modify visitation.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).